NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

OCT 4 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID GIVENS,<br><br>            Petitioner,<br><br>   v.<br><br>UNITED STATES OF AMERICA; U.S.<br>SECURITIES & EXCHANGE<br>COMMISSION,<br><br>            Respondents. | No.    16-72207<br><br>SEC File No. 2016-12<br><br>MEMORANDUM* |

On Petition for Review of an Order of the
Securities & Exchange Commission

Submitted September 26, 2017**

Before:      SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

David Givens petitions pro se for review of an order of the Securities and

Exchange Commission ("SEC") denying his claim for a whistleblower award

under Section 21F of the Dodd–Frank Wall Street Reform and Consumer

Protection Act.  We have jurisdiction under 15 U.S.C. § 78u–6(f).  The SEC's

_____

        *        This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

        **        The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

determination may be set aside only if "arbitrary, capricious, or otherwise not in accordance with law," or "unsupported by substantial evidence." 5 U.S.C. § 706(2)(A), (2)(E); *see also* 15 U.S.C. § 78u–6(f); *Ponce v. SEC*, 345 F.3d 722, 728 (9th Cir. 2003). We deny the petition.

The record supports the SEC's determination that Givens was not entitled to a whistleblower award because Givens did not provide information to the SEC "that led to the successful enforcement" of an SEC action. 15 U.S.C. § 78u–6(b); *see also* 17 C.F.R. § 240.21F–4(c) (defining information that leads to successful enforcement).

We reject as meritless Givens's contention that the SEC denied him due process of law.

All pending motions and requests are denied.

**PETITION FOR REVIEW DENIED.**